IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ROY MUNN, Individually, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 4:21-CV-00131-WTM-CLR |
| COHEN FAMILY LP, A Domestic Limited Partnership, | ) ) ) ) |
| Defendant. | ) ) ) |

## PLAINTIFF'S DISMISSAL WITH PREJUDICE

NOW COMES, Roy Munn, Plaintiff in the above-styled action, and files his Dismissal with Prejudice, pursuant to Rule 41(a)(1)(A)(i).

Respectfully submitted this 27 day of May, 2021.

/s/ Pete M. Monismith
Pete M. Monismith, Esq.
Georgia Bar No. 941228
3945 Forbes Avenue, #175
Pittsburgh, Pennsylvania 15213
Telephone: (724) 610-1881
Email: pete@monismithlaw.com

*Attorney for Plaintiff*

4810-8662-1675 v1